UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00194-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRED ROBINSON,
2. ANDRE MCCARTER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On November 8, 2011 the United States filed a Motion for Schedule For Expert Disclosures by Defendants [ECF No. 50]. Defendants are ordered to **respond** to the United States' motion on or before **Tuesday, November 22, 2011.**

    The parties shall be prepared to argue this motion at the hearing that has already been set for **Wednesday, November 30, 2011 at 2:00 p.m.** In accordance with the Minute Order dated November 1, 2011, the parties should also be prepared for argument on Defendant Fred Robinson's Motion for Severance [ECF No. 20], filed July 1, 2011 and Defendant Andre McCarter's Motion for Severance from Co-Defendant [ECF No. 27], at this hearing.

    Dated: November 15, 2011