UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00194-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ANDRE MCCARTER,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition, [ECF No. 56], was filed in the above matter on November 30, 2011. A Change of Plea hearing is set for **Monday, January 23, 2012 at 10:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: November 30, 2011